UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
MICHAEL McVICKER,                                                       :
:
                              Plaintiff,                                :
:
                                                                       :            21-CV-7445 (JMF)
              -v-                                                       :
:                               ORDER
KILOLO KIJAKAZI, *Acting Commissioner of the Social*                   :
*Security Administration*,                                              :
:
                              Defendant.                                :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 Pursuant to the Court's Order dated September 8, 2021, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 8.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  Defendant entered an appearance on October 13, 2021.  *See* ECF No. 10.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **December 17, 2021**.

 SO ORDERED.

Dated: December 13, 2021
  New York, New York
            JESSE M. FURMAN
            United States District Judge