UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL MCVICKER,

                             Plaintiff,                             21-CV-07445 (SN)

         -against-                                        **ORDER**

KILOLO KIJAKAZI,

                             Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On September 6, 2021, Plaintiff filed a complaint in this action. ECF No. 1. Under the District's Standing Order governing challenges to denials of social security benefits, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), or otherwise move against the complaint. ECF Nos. 6 & 8. Although the Commissioner has appeared, Plaintiff has not yet filed proof of service. ECF No. 10. Plaintiff shall file proof of service by no later than January 4, 2022.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     New York, New York
                 December 29, 2021