**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL MCVICKER,

                Plaintiff,                              21 **CIVIL** 7445 (SN)

      -v-                                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 21, 2023, McVicker's motion is GRANTED, the Commissioner's cross-motion is DENIED, and the case is remanded to the Social Security Administration for further proceedings consistent with the opinion.

**Dated:** New York, New York
           March 21, 2023

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                  **BY:**     *K. Mango*

                                                                     **Deputy Clerk**