**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

MICHAEL MCVICKER,

                         **Plaintiff,**

          -against-

**COMMISSIONER OF SOCIAL SECURITY,**

                       **Defendant.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/28/2026 _

**21-CV-07445 (SN)**

**OPINION & ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of social security benefits. The Court remanded the matter for further review by the Commissioner of Social Security, and the Court approved a stipulation and agreement awarding Plaintiff $10,350.00 in attorney's fees under the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412.

Following the remand, Plaintiff received retroactive benefits from the Social Security Administration. Thereafter, on September 29, 2025, Plaintiff's counsel filed a motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). See ECF No. 34. Section 406(b) permits the Court to approve "a reasonable fee . . . not in excess of 25 percent of the . . . past-due benefits" awarded to the plaintiff. Gisbrecht v. Barnhart, 535 U.S. 789, 795 (2002) (quoting 42 U.S.C. §406(b)(1)(A)). Because of the Commissioner's unique role and expertise in this area, the Court ordered the Commissioner to respond to Plaintiff's counsel's motion. ECF No. 37. And on November 25, 2025, the Commissioner filed a letter indicating that he did not object to Plaintiff's counsel's motion for § 406(b) fees. ECF No. 38.

2

Having reviewed the September 29, 2025 motion, along with all supporting documents, the Court determines that the requested award is reasonable and recommends that attorney's fees be granted in the amount of $26,000.00, which represents less than 25% of past-due benefits awarded to Plaintiff. Upon receipt of this sum, Counsel is directed to refund to Plaintiff the previously awarded EAJA fees of $10,350.00.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge


DATED:      New York, New York
            January 28, 2026

2